# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

DON JUANANTONIO COLEMAN, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-0566

_____

May 17, 2024

Appeal from the Circuit Court for Pasco County; Mary M. Handsel, Judge.

Howard L. Dimmig, II, Public Defender, and A. Victoria Wiggins, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Katherine Coombs Cline, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.


KHOUZAM, MORRIS, and LUCAS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.